UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:16-CR-0236-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER TO SEAL |
| V. | ) | |
| | ) | |
| SONDI AKRIDGE BEST, | ) | |
| Defendant. | ) | |

THIS matter coming to be heard upon Motion of Defendant Sondi Best, and this Court finding good cause for granting the relief requested;

THEREFORE it is ORDERED that the Proposed Sealed Motion [D.E. 38] is hereby ordered sealed until such time that is ordered unsealed by this Court.

This the 15th day of March, 2017.

*[signature: Louise W. Flanagan]*

Honorable Louise Wood Flanagan
United States District Judge