UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:16-CR-0236-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER TO SEAL |
| V. ) | |
| ) | |
| SONDI AKRIDGE BEST, ) | |
| Defendant. ) | |

THIS matter coming to be heard upon Motion of Defendant Sondi Best, and this Court finding good cause for granting the relief requested;

THEREFORE it is ORDERED that the Sentencing Memorandum [D.E. 57] is hereby ordered sealed until such time that is ordered unsealed by this Court.

This the 2nd day of January, 2018.

_____
Honorable Louise Wood Flanagan
United States District Judge